BEFORE THE FIRST DIVISION, OCTOBER 28, 1968

**No. P68/452.**—Cal. Asia Rattan Company *v.* United States, protests 63/20158, etc. (Los Angeles).

WATSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rattan bar stool bases (articles No. 8102, 8107, 9102, 9107) similar in all material respects, except that the bar stool bases are not chairs, to the rattan side chair frames the subject of *Hurricane Import Co.* and *Wheeler & Miller* v. *United States* (58 Cust. Ct. 541, C.D. 3046), the claim of the plaintiff was sustained.

**No. P68/453.**—Abercrombie & Fitch Co. et al. *v.* United States, protests 66/6532, etc. (New York).

WATSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of sheepskin coats or jackets similar in all material respects to those the subject of *Abercrombie & Fitch Co.* v. *United States* (59 Cust. Ct. 122, C.D. 3093), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 28, 1968

**No. P68/454.**—Gosho Trading Co., Inc., et al. *v.* United States, protests 67/55099, etc. (New York).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of waterproof cloth similar in all material respects, including waterproofing, to the velveteen cloth the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiffs was sustained.

**No. P68/455.**—Standard Cycle Co. and National Carloading Corp. et al. *v.* United States, protests 58/11013, etc. (New York).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of electric horns similar in all material respects to those the subject of *S. Hiller & Co. et al.* v. *United States* (59 Cust. Ct. 79, C.D. 3082), the claim of the plaintiffs was sustained.